```
Mercedes Benz Financial C/O SRA ASS
401 Minnetonka Rd
Somerdale, NJ 08083


RMK Management
2003 S. Meyers Rd.
Villa Park, IL 60181


Suntrust Bank
PO Box 305053
Nashville, TN 37230
```